# Law Offices of Irina Roller, PLLC

| | |
|---|---|
| 40 Wall Street | Telephone (212) 688-1100 |
| Suite 2508 | Facsimile (212) 706-9362 |
| New York, New York 10005 | Email: Hearings@RollerEsq.com |

June 21, 2022

<u>Via ECF</u>

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *L.C., et. al. v. New York City Department of Education*
    Case Number: 1:22-cv-03148

Dear Judge Failla:

Please be advised that this firm represents the Plaintiffs in the above action, wherein brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful.

Plaintiffs' write to request an adjournment of the telephonic Initial Pre-trial Conference scheduled for June 23, 2022 at 3:00 p.m. *sine dine*. Plaintiffs have not served the Summons (Docket no. 4) and Complaint (Docket no. 1) on Defendant to date because we will be amending the Complaint before service to update the relief sought. Plaintiffs will file the Amended Complaint on or before June 30, 2022.

Thank you in advance for the Court's courtesy to this request.

Respectfully submitted,

*s/* _____
Irina Roller
*Attorney for the Plaintiff*

Cc:

Application GRANTED. The initial pretrial conference scheduled for June 23, 2022, is hereby ADJOURNED *sine die*. The Clerk of Court is directed to terminate the pending motion at docket number 6.

Dated:   June 21, 2022          SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE